COSTA KERESTENZIS SBN 186125
**BEESON, TAYER & BODINE, APC**
520 Capitol Mall, Suite 300
Sacramento CA 95814
Telephone:     (916) 325-2100
Facsimile:       (916) 325-2120
Email:             ckerestenzis@beesontayer.com

Attorneys for Defendants
DALE WENTZ and TEAMSTERS LOCAL 150

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLI PITPIT,<br><br>                    Plaintiff,<br><br>          v.<br><br>TEAMSTERS LOCAL NO. 150; DALE WENTZ, an individual,<br><br>                    Defendants | Case No. 2:24-CV-00321 TLN DB<br><br>**FURTHER STIPULATION OF THE PARTIES RE RESPONSIVE PLEADING; ORDER** |

   **PURSUANT TO LOCAL RULES 123 and 144, THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:**

1. On or about February 16, 2024, the parties to the above referenced case filed a Stipulation Regarding Related Cases and Stay of Responsive Pleading – Dkt. #4.

2. Following that filing, the Court ordered Defendants to file a Notice of Related Cases in the case noted in that filing, *Crandall v. Teamsters Local No. 150 et al.*, Case No. 2:23-cv-03043-KJM-KJN.

3. Defendants filed a Notice of Related Cases on or about February 23, 2024, in the *Crandall v. Teamsters Local No. 150 et al.* matter (Dkt #9) and attached the Stipulation (Dkt #4) filed in this matter.

4. In the stipulation (Dkt #4), the parties agreed that this matter is related to *Crandall v. Teamsters Local No. 150 et al.* (based on similarity of claims, Defendants, etc.) and also requested that Defendants have ten (10) business days after the pending Motion to Dismiss in *Crandall v. Teamsters Local No. 150 et al.* to file a responsive pleading in *Pitpit v. Teamsters Local No. 150 et al.*

5. Separately the parties agreed, per Local Rule 144(a), that Defendants have until March 1, 2024, to file their responsive pleading in this matter should the above request not be approved by the Court.

6. Defendants checked with the Court on February 29, 2024, and were informed that the Stipulation and Related Cases determination was still pending.  Accordingly, to avoid any confusion and unnecessary effort, the parties respectfully request to modify their separate agreement set forth in Paragraph 5 as follows: The parties stipulate that a responsive pleading in *Pitpit v. Teamsters Local No. 150 et al.*, shall not be due until ten (10) business days after the decision in the Motion to Dismiss in *Crandall v. Teamsters Local No. 150 et al.*, or, alternatively, as otherwise ordered by this Court.

RESPECTFULLY SUBMITTED:

Dated:  March 1, 2024                                       BEESON, TAYER & BODINE, APC


By:    */s/ Costa Kerestenzis*
         COSTA KERESTENZIS
Attorneys for Defendants TEAMSTERS
LOCAL NO. 150 and DALE WENTZ

Dated:  March 1, 2024                    WRONGED AT WORK LAW GROUP

                                         By:  */s/ David Graulich*
                                              DAVID GRAULICH
                                              Attorneys for Plaintiff MARTY CRANDALL

**IT IS SO ORDERED:**

   Based on the above stipulation, the Court hereby orders that Defendants in this matter shall have ten (10) business days following the Court's ruling on the Motion to Dismiss in *Crandall v. Teamsters Local No 150 et al.* to file a responsive pleading.

DATED:  March 1, 2024

                                         _____
                                         Troy L. Nunley
                                         United States District Judge